Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F. (2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

McKESSON & ROBBINS, Incorporated, Appellee, v. Tillie ARYWITZ and Frieda Bakst, Individually and as Copartners Doing Business under the Name and Style of National Drug Service, and Jacob Chusit, Appellants.

No. 364.

Circuit Court of Appeals, Second Circuit.
May 3, 1937.

Edward Siegel, of New York City, for appellants.

Nims & Verdi, of New York City (Harry D. Nims, P. E. Williamson, Jr., and Walter J. Halliday, all of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

Robert E. McGRATH v. COMMISSIONER OF INTERNAL REVENUE.
No. 7192.

Circuit Court of Appeals, Sixth Circuit.
May 12, 1937.

Mason, Spalding & McAtee, of Washington, D. C., for petitioner.

Frank J. Wideman, Robert H. Jackson, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation appearing in the record on appeal and cross-appeal in cases Nos. 7190 and 7191, Fidelity and Columbia Trust Company v. Commissioner of Internal Revenue, and Commissioner of Internal Revenue v. Fidelity and Columbia Trust Company, 90 F.(2d) 219, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said Board of Tax Appeals in this cause be, and the same is hereby, affirmed under authority of the aforesaid cases.

Charles McPHERSON, Appellant, v. SAWYER GRANT LAND COMPANY, a Wisconsin Corporation, Appellee.
No. 7222.

Circuit Court of Appeals, Sixth Circuit.
May 6, 1937.

Norris, McPherson, Harrington & Waer, of Grand Rapids, Mich., for appellant.

Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS and ALLEN, Circuit Judges, and MARTIN, District Judge.

PER CURIAM.

It is ordered and adjudged that this case be and is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed July 16, 1935.